**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 9 WAL 2015
                                    :
               Respondent     :
                                    : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court
           v.                  :
                                      :
                                      :
LEE ANDREW MOORE,              :
                                      :
              Petitioner       :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.